SEA BEACH ASSOCIATION, INC., ET AL. *v.* WATER
RESOURCES COMMISSION ET AL.

The motion by the plaintiffs for an order requiring the trial court to make a finding in the appeal from the Superior Court in Hartford County is granted to the extent of ordering a limited finding concerning the plaintiffs' aggrievement and the claims of law, if any, made by the plaintiffs.

*Stephen M. Seelig,* in support of the motion.

Submitted April 20—decided April 20, 1971

WILLIAM G. MAJOR CONSTRUCTION COMPANY, INC. *v.*
JOHN DEMICHELY ET AL.

The motion by the named defendant to revoke the order terminating the stay of execution in the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Raymond F. Ross,* for the appellant (named defendant).

*Bruce L. Lev,* for the appellant (defendant Fairfield County National Bank).

*Melvin J. Silverman,* for the appellee (plaintiff).